SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
lshelby@seyfarth.com
Lauren S. Schwartz (SBN 312253)
lschwartz@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:        (310) 201-5219

Attorneys for Defendant
COSTCO WHOLESALE
CORPORATION

Brennan Hershey (SBN: 311464)
Johnny Rundell (SBN: 289480)
Brianna R. Hershey (SBN: 321375)
Jonathan D Redford (SBN: 230389)
HERSHEY LAW, P.C.
16255 Ventura Blvd, Suite 1205
Encino, CA 91436
Telephone:   (310) 929-2190
Email: bhershey@hersheylaw.com,
jrundell@hersheylaw.com,
brianna@hersheylaw.com

Attorneys for Plaintiff
STEPHANIE SANTOS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN

| | |
|---|---|
| STEPHANIE SANTOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-05849-JLS-AYP<br><br>**STIPULATED DISMISSAL OF PLAINTIFF'S FIRST CLAIM FOR RELIEF WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(2)**<br><br>Date Action Filed: April 15, 2025 |

STIPULATION TO DISMISS

CASE NO. 2:25-CV-05849-JLS-AYP

326488888v.1

**TO THE HONORABLE COURT:**

Pursuant to Federal Rules of Civil Procedure 41(a)(2) Plaintiff STEPHANIE SANTOS and Defendant COSTCO WHOLESALE CORPORATION, by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on April 15, 2025, Plaintiff filed a Complaint in the Superior Court of the State of California, County of Los Angeles, Case No. 25AVCV00487, against Costco, alleging the following seven claims: (1) "Harassment on the Basis of Medical Condition in Violation of the FEHA"; (2) "Discrimination on the Basis of Medical Condition in Violation of the FEHA"; (3) "Failure to Engage in the Interactive Process"; (4) "Failure to Make Reasonable Accommodation"; (5) "Failure to Prevent Harassment and Discrimination in Violation of the FEHA;" (6) "Retaliation in Violation of the FEHA"; (7) "Whistleblower Retaliation in Violation of Labor Code § 1102.5" (the "Action");

**WHEREAS**, on June 26, 2025, Costco removed the Action to the United States District Court, Central District of California, and the case was assigned to this Court;

**WHEREAS**, counsel for the parties have met and conferred regarding Costco's contemplated motion for summary judgment and the basis thereof;

**WHEREAS**, to conserve the resources of the Parties and the Court, Plaintiff seeks to voluntarily dismiss Plaintiff's first cause of action for "Harassment on the Basis of Medical Condition in Violation of the FEHA";

**WHEREAS**, this dismissal is not part of a monetary settlement between the Parties;

**NOW**, **THEREFORE,** the Parties STIPULATE and AGREE as follows:

1. Plaintiff's First Cause Of Action For "Harassment on the Basis of Medical Condition in Violation of the FEHA" should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2).

Dated:  June 10, 2026

HERSHEY LAW, P.C.

*/s/ Jonathan D Redford*
Brennan Hershey
Johnny Rundell
Brianna R. Hershey
Jonathan D Redford

Attorneys for Plaintiff
STEPHANIE SANTOS

DATED:  June 10, 2026

**SEYFARTH SHAW LLP**

By:  */s/ Lauren S. Schwartz*
Laura Wilson Shelby
Lauren S. Schwartz
David J. Kim

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

I, Lauren S. Schwartz, pursuant to Local Rule 5-4.3.4(a)(2)(i) attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

DATED: June 10, 2026

By: */s/ Lauren S. Schwartz*
Lauren S. Schwartz

STIPULATION TO DISMISS

3.

CASE NO. 2:25-CV-05849-JLS-AYP

326488888v.1