

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SANTOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-05849-JLS-AYP<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF PLAINTIFF'S FIRST CLAIM FOR RELIEF WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) (Doc. 23)** |

**Error! Unknown document property name.**

Having read the Stipulated Dismissal of Plaintiff' First Claim (Doc. 23), the Court hereby GRANTS the request.

Plaintiff's First Cause Of Action For "Harassment on the Basis of Medical Condition in Violation of the FEHA" is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

DATED:  June 12, 2026

# JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2

**Error! Unknown document property name.**