JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHANIE SANTOS,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, et al.,

Defendants.

Case No.: 2:25-cv-05849-JLS-AYP

**JUDGMENT**

The Court has granted the parties' Stipulated Dismissal of Plaintiff's First Claim with Prejudice (Doc. 25), and granted Summary Judgment for Defendant Costco Wholesale Corporation's on Plaintiff's second through seventh claims (Doc. 35). Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Defendant Costco Wholesale Corporation on all claims asserted by Plaintiff Stephanie Santos;
2. Plaintiff Stephanie Santos shall take nothing by way of her Complaint,
3. Defendant Costco Wholesale Corporation shall recover its costs to the extent, if any, permitted by law and according to proof.

Dated: October 18, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE